Nos. 408 and 409. CITY BANK FARMERS TRUST CO., TRUSTEE, *v.* COMMISSIONER OF INTERNAL REVENUE. February 10, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Rollin Browne, John G. Jackson, Jr.,* and *George Craven* for petitioner. *Solicitor General Biddle* for respondent.

No. 705. UNITED STATES *v.* FLORIAN, EXECUTOR. See *ante,* p. 656.

No. 687. CALIFORNIA *v.* THOMPSON. February 17, 1941. Petition for writ of certiorari to the Superior Court, Appellate Department, County of Los Angeles, California, granted. *Messrs. Ray L. Chesebro, Frederick Von Schrader, John L. Bland* and *Bourke Jones* for petitioner.

No. 683. UNITED STATES *v.* PYNE ET AL., EXECUTORS. February 17, 1941. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Biddle* for the United States. *Mr. Allen G. Gartner* for respondents.

No. 684. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* REYNOLDS. February 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted, limited to the questions presented by the petition, with the exception of the question whether the remainder was vested or contingent under the law of North Carolina. *Solicitor General Biddle* for petitioner. *Messrs. J. Gilmer Körner, Jr.* and *H. G. Hudson* for respondent.